358 A.2d 61
Commonwealth v. Martin, Appellant.

Argued April 14, 1976. Stanton D. Levenson, with him Michael L. Stibich, for appellant; Ralph F. Kraft, Assistant District Attorney, and Caram J. Abood, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

358 A.2d 82
Commonwealth v. Mrvos, Appellant.

Argued April 19, 1976. Marjorie H. Matson, for appellant; James J. Conte, Assistant District Attorney, and Albert M. Nichols, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., absent.